Opinion issued October
20, 2011.

 



 

 

 

 

 

 

In
The

Court of Appeals

For The

First District of
Texas

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



NO. 01-11-00374-CR

____________

 








robert walker, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 

 

On Appeal from the 208th
District Court

Harris County, Texas

Trial Court Cause No. 919754

 

 



MEMORANDUM
OPINION








          Appellant,
Robert Walker, has filed a motion for DNA testing and request for appointed
counsel which purports to be a “notice of appeal.”  

          We
dismiss.

          Pursuant
to Texas Code of Criminal Procedure Chapter 64, a motion for DNA testing and
request for appointment of counsel must be filed in the convicting court.  See
Tex. Code Crim. Proc. Ann. art.
64.01 (a), (c) (West Supp. 2010).  Because there is not a final appealable order
before this Court, we lack jurisdiction and must dismiss.  

Accordingly, we dismiss the appeal
for lack of jurisdiction.  Tex. R. App. P. 43.2(f).  We dismiss all pending motions as moot.

PER CURIAM

Panel consists of Chief Justice Radack and Justices
Bland and Huddle.

 

Do not publish. 
Tex. R. App. P. 47.2(b).